**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

# Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 26-689

**Case Name** United States of America v. Spurlock

Requesting Party Name(s) Cory Spurlock

I am:
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other *(you **must** describe the document)*

The requested new due date is: October 27, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

This is an appeal from a complex 20-day criminal trial involving three alleged homicides and seven counts of conviction. Since the previous extension motion, two additional attorneys from NACDL have joined the defense's appellate case team and entered appearances. Undersigned counsel respectfully suggests an additional 60 day extension is reasonably necessary to allow new counsel sufficient time to become acquainted with the case and meaningfully participate in the preparation of the opening brief.

**Signature** s/Jeremy C. Baron **Date** 8/20/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

◉ I have previously requested an extension of time to file the document.

This motion is my third request.
*(Examples: first, second)*

Bail/detention status (*select one*):

◉ The defendant is incarcerated. The projected release date is: life sentence .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** s/Jeremy C. Baron **Date** 8/20/2026
*(use "s/[typed name]" to sign electronically-filed documents)*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the opening brief.
*(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: August 28, 2026

3. The brief's first due date was: April 29, 2026

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

As explained on page one, two attorneys from NACDL have joined the defense and entered appearances. Undersigned counsel respectfully suggests an additional 60 day extension is reasonably necessary to allow new counsel to become acquainted with the case and assist with the opening brief.

5. The position of the other party/parties regarding this request is:

☒ Unopposed.

☐ Opposed by *(name of party/parties opposing this motion):*

☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Jeremy C. Baron **Date** 8/20/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*