Case No. 26-689

**United States Court of Appeals**
**for the Ninth Circuit**

United States of America,

Plaintiff/Appellee,

v.

Cory Spurlock,

Defendant/Appellant.

D.C. No. 3:23-cr-00022-MMD-CLB

Appeal from the United States District Court
for the District of Nevada

# Appellant Cory Spurlock's Excerpts of Record Index Volume

Rene L. Valladares
Federal Public Defender
*Aarin E. Kevorkian
*Jeremy C. Baron
Assistant Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577

*Counsel for Appellant Cory Spurlock

# Index

## Volume 1

1. Judgment (CR 750) ....................................................................0002
January 28, 2026

2. Order re Motion for Judgment of Acquittal (CR 737) ............0010
December 5, 2025

3. Order re Motion for New Trial (CR 731) .................................0024
November 7, 2025

4. Verdict (CR 714) ........................................................................0028
September 12, 2025

5. Jury Instructions (CR 706) .......................................................0032
September 10, 2025

6. Transcript – Oral rulings (CR 771) ..........................................0072
September 8, 2025

7. Transcript – Oral rulings (CR 770) ..........................................0126
September 5, 2025

8. Transcript – Oral rulings (CR 763) ..........................................0192
August 28, 2025

9. Transcript – Oral rulings (CR 761) ..........................................0196
August 26, 2025

10. Order Denying Motion to Modify Protective Order (CR 598) .0199
August 8, 2025

**Volume 1 (continued)**

11. Order Denying Motion to Dismiss (redacted) (CR 386)..........0202
April 18, 2025

12. Order Denying Motion to Suppress (CR 370) ..........................0233
April 11, 2025

**Volume 2**

13. Reply in Support of Motion for Judgment of Acquittal or in the Alternative, a New Trial (CR 728) ..........................................0256
October 31, 2025

14. Reply in Support of Motion for a New Trial (CR 727)............0271
October 31, 2025

15. Government Response to Motion for Judgment of Acquittal, or in the Alternative, for a New Trial (CR 726) ...............................0278
October 24, 2025

16. Government's Response to Motion for a New Trial (CR 725) .0297
October 24, 2025

17. Order Granting Motion to Dismiss Count Two of the Indictment Without Prejudice (CR 722).....................................................0306
October 16, 2025

18. Motion for Judgment of Acquittal or, in the Alternative, a New Trial (CR 719)..................................................................0307
May 3, 2021

19. Motion for a New Trial (CR 718) ..............................................0336
October 10, 2025

**Volume 2 (continued)**

20. Government Memo in Response to Defendant's Supplemental Memo Regarding Counts One and Two (CR 694) ....................0346
September 8, 2025

21. Supplemental Memo Regarding Counts One and Two (CR 691) ....................0352
September 7, 2025

22. Response to Government's Supplemental Memo Regarding Stalking (CR 676) ....................0366
September 3, 2025

23. Government's Supplemental Memo Objecting to Defense Proposed Jury Instruction No. 16 (CR 668) ....................0377
August 31, 2025

24. Joint Proposed Jury Instructions and Verdict Forms (CR 582) ....................0385
August 4, 2025

**Volume 3**

25. Motion to Modify Protective Orders (CR 534) ....................0465
July 16, 2025

26. Notice of Trial Date Election (CR 457) ....................0468
June 13, 2025

27. Order (CR 444) ....................0470
June 6, 2025

**Volume 3 (continued)**

28. Order (CR 419) ....................................................................0477
May 9, 2025

29. Reply to Motion to Strike Notices and Exclude Proposed Drug Trafficking Experts (CR 387).................................................0532
April 18, 2025

30. Opposition to Second Government Motion to Continue (CR 371) .......................................................................................0543
April 11, 2025

31. Government's Response to Motion to Strike Notices and Exclude Proposed Drug Trafficking Experts (CR 367)...........0546
April 11, 2025

32. Second Government Motion to Continue Trial (CR 366) ........0557
April 10, 2025

33. Stricken Notice of Intent to Seek Death Penalty (CR 365).....0568
April 10, 2025

34. Fifth Superseding Indictment (CR 363)..................................0574
April 10, 2025

35. Reply to Motion to Dismiss Indictment (CR 352)....................0582
April 4, 2025

36. Government Motion to Continue Trial (CR 346).....................0597
April 4, 2025

37. Fourth Superseding Indictment (CR 342) ...............................0608
April 3, 2025

**Volume 3 (continued)**

38. Reply to Government's Response to Motion to Suppress Tower Dump Data and Results of Derivative Use of Data (CR 338) .0614
April 2, 2025

39. Motion to Strike Notices and Exclude Proposed Drug Trafficking Experts (CR 321) ....................................................................0622
March 28, 2025

40. Government's Response to Motion to Suppress Tower Dump Data and Results of Derivative Use of Data (CR 298) ...........0634
March 27, 2025

41. Motion to Suppress Tower Dump Data and Results of Derivative Use of Data (CR 254) .............................................0656
March 12, 2025

42. Renewed Motion to Sever Counts (CR 244) .............................0685
March 12, 2025

43. Motion to Dismiss Count Four (CR 243)..................................0691
March 12, 2025

44. Third Superseding Indictment (CR 160)..................................0708
September 12, 2024

45. Order (CR 146) ......................................................................0716
August 14, 2024

46. Notice of Intent Not to Seek the Death Penalty (CR 138) ......0722
July 31, 2024

47. Second Superseding Indictment (CR 127) ...............................0723
July 11, 2024

**Volume 3 (continued)**

48. Superseding Indictment (CR 84) .............................................0729
November 30, 2023

49. Indictment (CR 1)...................................................................0735
May 11, 2023

**Volume 4**

50. Transcript – Status Conference (CR 785) ................................0739
July 5, 2023

51. Transcript – Status Conference (CR 786) ................................0754
July 19, 2023

52. Transcript – Status Conference (CR 132) ................................0766
January 9, 2024

53. Transcript – Status Conference (CR 183) ................................0790
August 19, 2024

54. Transcript – Motion Hearing (CR 400) ....................................0824
March 27, 2025

**Volume 5**

55. Transcript – Evidentiary Hearing Part 1 (CR 413).................0886
April 9, 2025

56. Transcript – Evidentiary Hearing Part 2 (CR 392).................1054
April 9, 2025

57. Government's Evidentiary Hearing Exhibit List (CR 347).....1151
April 4, 2025

**Volume 5 (continued)**

58. Defendant's Evidentiary Hearing Exhibit List (CR 349)........1154
April 4, 2025

59. Evidentiary Hearing Government Exhibit 1 –
Search Warrant ........................................................................1158
April 9, 2025

**Volume 6**

60. Transcript – Status Conference (CR 384) ................................1171
April 15, 2025

61. Transcript – Status Conference (CR 446) ................................1200
May 12, 2025

62. Transcript – Status Conference (CR 524) ................................1223
June 12, 2025

63. Transcript – Daubert Hearing (CR 581) ..................................1248
July 29, 2025

**Volume 7**

64. Transcript – Trial Day Three (part 1) (CR 755) ......................1411
August 18, 2025

65. Transcript – Trial Day Three (part 2) (CR 787) ......................1515
August 18, 2025

**Volume 8**

66. Transcript – Trial Day Four (CR 756).....................................1650
August 19, 2025

**Volume 9**

67. Transcript – Trial Day Five (CR 757) ....................................1896
August 20, 2025

**Volume 10**

68. Transcript – Trial Day Six (CR 758) ......................................2086
August 21, 2025

**Volume 11**

69. Transcript – Trial Day Seven (CR 759)..................................2335
August 22, 2025

**Volume 12**

70. Transcript – Trial Day Eight (CR 760) ..................................2489
August 25, 2025

**Volume 13**

71. Transcript – Trial Day Nine (CR 761)....................................2732
August 26, 2025

**Volume 14**

72. Transcript – Trial Day Ten (CR 762) ......................................2917
August 27, 2025

**Volume 15**

73. Transcript – Trial Day Eleven (CR 763) .................................3093
August 28, 2025

**Volume 16**

74. Transcript – Trial Day Twelve (CR 764) .................................. 3209
September 2, 2025

**Volume 17**

75. Transcript – Trial Day Thirteen (CR 765) ................................ 3480
September 3, 2025

**Volume 18**

76. Transcript – Trial Day Fourteen (CR 767) ............................... 3718
September 4, 2025

**Volume 19**

77. Transcript – Trial Day Fifteen (CR 770) .................................. 3959
September 5, 2025

**Volume 20**

78. Transcript – Trial Day Sixteen (CR 771) ................................. 4144
September 8, 2025

**Volume 21**

79. Transcript – Trial Day Sixteen (continued) (CR 771) ............. 4345
September 8, 2025

**Volume 22**

80. Transcript – Trial Day Seventeen (CR 772) ............................ 4460
September 9, 2025

**Volume 23**

81. Transcript – Trial Day Eighteen (CR 773) .............................. 4606
September 10, 2025

**Volume 24**

82. Transcript – Trial Day Nineteen (CR 774) .............................. 4812
September 11, 2025

83. Transcript – Trial Day Twenty (CR 775) .............................. 4830
September 12, 2025

**Volume 25**

84. Final Trial Exhibit List (CR 709) .............................. 4892
September 11, 2025

85. Trial Exhibit 13 – Lease for 27 Red Rock .............................. 4943

86. Trial Exhibit 44 – Video Timeline Traffic Cameras .............................. 4954

87. Trial Exhibit 61 – Text Messages .............................. 5054

**Volume 26**

88. Trial Exhibit 72 – CAST Report .............................. 5063

89. Trial Exhibit 101 series – Document Photos .............................. 5151

90. Transcript – Sentencing (CR 751) .............................. 5204
January 26, 2026

91. Notice of Appeal (CR 753) .............................. 5255
February 4, 2026

**Volume 26 (continued)**

92. Docket Sheet ........ 5260

**Volume 27 (provisionally sealed)**

93. Defense Trial Brief (CR 586) ........ 5340
August 4, 2025

94. Transcript – Sealed Ex Parte Hearing
(redacted and excerpted) (CR 539) ........ 5360
July 16, 2025

95. Order (CR 385) ........ 5363
April 18, 2025

96. Response to Defendant's Motion to Dismiss for Government
Delay (CR 320) ........ 5394
March 28, 2025

97. Sealed Ex Parte Status Report (redacted) (CR 280) ........ 5439
March 24, 2025

98. Motion to Dismiss Count 3 (CR 259) ........ 5446
March 12, 2025

99. Motion to Dismiss Indictment for Government Delay
(CR 253) ........ 5457
March 12, 2025

100. Exhibit A – Excerpts of English Summaries of Jail Calls
(CR 253-1) ........ 5489
March 12, 2025

**Volume 27 (provisionally sealed) (continued)**

101. Transcript – Motion Hearing (CR 180) .................................... 5494
September 26, 2024

**Volume 28 (sealed)**

102. Trial Exhibit 55B (part 1) ........................................................ 5548
March 12, 2025

**Volume 29 (sealed)**

103. Trial Exhibit 55B (part 2) ........................................................ 5799
March 12, 2025

104. Trial Exhibit 57B ..................................................................... 5857
March 12, 2025

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 15. Certificate of Service for Electronic Filing**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** 26-689

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Mr. Cory Spurlock, # 59367-510
FCI Victorville Medium I
Federal Correctional Institution
P.O. Box 3725
Adelanto, CA 92301

**Description of Document(s)** *(required for all documents)*:

Excerpts of Record Index Volume and Volumes 1 - 26

**Signature** s/ Jeremy Baron **Date** Oct 27, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*